UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER KIRBY,

    Plaintiff,

vs.

TRANS UNION, L.L.C., CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC., CREDIT BUREAU OF MT. PLEASANT, INC., MITCHELL D. BLUHM & ASSOCIATES, LLC, CMB SERVICES, INC;

    Defendants.

Case No. 1:19-cv-10467
Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## APPEARANCE

Please enter the Appearance of Maddin, Hauser, Roth & Heller, P.C. by Brian A. Nettleingham, as local counsel, on behalf of Defendant, Trans Union, LLC, in the above-entitled matter.

    Respectfully Submitted,

    MADDIN, HAUSER, ROTH & HELLER, P.C.

        */s/ Brian A. Nettleingham*
    By:    Brian A. Nettleingham
    Local Counsel for Trans Union, LLC
    28400 Northwestern Hwy., 3rd Floor
    Southfield, Michigan  48034
    (248) 359-7503
    E-Mail:  bnettleingham@maddinhauser.com
    Attorney Bar No. P58966

Dated:  March 5, 2019

01740086 v1   1

## CERTIFICATE OF SERVICE

I hereby certify that on **March 5, 2019**, I caused to be electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will automatically send notice of such filing to counsel of record.

I DECLARE THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

MADDIN, HAUSER, ROTH & HELLER, P.C.

*/s/ Brian A. Nettleingham*
By:    Brian A. Nettleingham
Local Counsel for Trans Union, LLC
28400 Northwestern Hwy., 3rd Floor
Southfield, Michigan  48034
(248) 354-4030
E-Mail:  bnettleingham@maddinhauser.com
Attorney Bar No. P58966