UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

HEATHER KIRBY,

    Plaintiff,

-vs-

TRANS UNION, L.L.C., *et. al.*,

    Defendants.

Case No. 1:19-CV-10467-TLL-PTM
Hon. Thomas L. Ludington
Magistrate Judge: Patricia T. Morris

### **STIPULATED ORDER FOR WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES RAISED BY CBM SERVICES, INC.**

Now come Plaintiff and Defendant CBM Services, Inc., ("CBM"), and following discussion now stipulate to the withdrawal of CMB's Affirmative Defenses # 4, 6-9, 11, and 14.

Affirmative Defenses # 1-3, 5, 10, 12, and 13 raised by CBM in its Answer (R. 27) shall remain intact.

    **SO ORDERED.**

Date: June 11, 2019

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge

Stipulated to by:

s/ Sylvia S. Bolos (by consent)
Sylvia S. Bolos P78715
Ian B. Lyngklip P47173
Lyngklip & Associates,
Consumer Law Center, PLC
Attorney for Heather Kirby
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
SylviaB@MichiganConsumerLaw.Com


s/ David B. Shaver
Jeffrey C. Turner (OH #0063154)
David B. Shaver (OH #0085101)
Surdyk, Dowd & Turner Co., LPA
Attorney for CBM Services, Inc.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
PH: (937) 222-2333
jturner@sdtlawyers.com
dshaver@sdtlawyers.com