## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

HEATHERY KIRBY,

     Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

     Defendants.

Case No. 1:19-cv-10467

Honorable Judge Thomas L. Ludington
Magistrate Judge: Patricia T. Morris

## <u>STIPULATED ORDER OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Heather Kirby and Defendant Credit Bureau of Mt. Pleasant, Inc., through their respective undersigned counsel that the above-captioned action is dismissed, without prejudice, against Credit Bureau of Mt. Pleasant, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs and attorney fees and waives sanctions.

**So Ordered.**


Dated: September 24, 2019                    s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

Respectfully Submitted,

_s/ Ian B. Lyngklip_
Ian B. Lyngklip
Consumer Law Center, PLC
Attorneys for Heather R. Kirby
24500 Northwestern Hwy, Ste. 206
Southfield, MI 48075
Phone: (248) 208-8864
Ian@consumerlawyers.com

_s/ Katherine Maria Saldanha Olson_
Katherine Maria Saldanha Olson
Messer Strickler Ltd.
Attorneys for Credit Bureau of Mt.
Pleasant, Inc.
255 W. Washington Street, Suite 575
Chicago, IL 60606
Phone: (312) 334-3469
kolson@messerstrickler.com