UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (BAY CITY)

---

| | |
|---|---|
| HEATHER KIRBY,<br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC.; CREDIT BUREAU OF MT. PLEASANT, INC.; MITCHELL D. BLUHM & ASSOCIATES, LLC; and CMB SERVICES, INC.;<br>    Defendants. | CASE NO.  1:19-cv-10467-TLL-PTM<br><br>Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

---

## DEFENDANT TRANS UNION, LLC'S
## PRELIMINARY LAY WITNESS LIST

---

Defendant Trans Union, LLC ("Trans Union"), by counsel, submits the following Preliminary Witness List:

1. Plaintiff Heather Kirby.

2. Don Wagner, Trans Union, LLC.

3. Lynn Prindes, Trans Union, LLC.

4. Representatives of Cadillac Accounts Receivable Management, Inc.

5. Representatives of Credit Bureau Of Mt. Pleasant, Inc.

6. Representatives of Mitchell D. Bluhm & Associates, LLC.

7. Representatives of CBM Services, Inc.

8. Representatives of all parties.

9. Any and all witnesses identified by any party.

10. Any and all witnesses required to establish an evidentiary foundation for any exhibit.

11. All persons disclosed during the discovery process.

Trans Union reserves the right to supplement this Lay Witness List as discovery continues.

Respectfully submitted,

*/s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (BAY CITY)

_____

| | |
|---|---|
| HEATHER KIRBY,<br>            Plaintiff,<br><br>       vs.<br><br>TRANS UNION, LLC; CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC.; CREDIT BUREAU OF MT. PLEASANT, INC.; MITCHELL D. BLUHM & ASSOCIATES, LLC; and CMB SERVICES, INC.;<br>            Defendants. | CASE NO. 1:19-cv-10467-TLL-PTM<br><br>Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

_____

## CERTIFICATE OF SERVICE
_____

I, **Katherine E. Carlton Robinson**, hereby certify that on the **1st day of October, 2019**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| Ian B. Lyngklip, Esq.<br>ian@michiganconsumerlaw.com | Gregory R. Neidle, Esq.<br>gneidle@dobbsneidle.com |
| Nicole M. Strickler, Esq.<br>nstrickler@messerstrickler.com | Deborah A. Lujan, Esq.<br>Deborah.Lujan@SEFLawyers.com |
| Sylvia S. Bolos, Esq.<br>SylviaB@MichiganConsumerLaw.com | Louis L. Galvis, Esq.<br>lgalvis@sessions.legal |
| Jeffrey C. Turner, Esq.<br>jturner@sdtlawyers.com | David B. Shaver, Esq.<br>dshaver@sdtlawyers.com |
| Daniel J. Ammon, Esq.<br>dammon@dobbsneidle.com | John Cento, Esq.<br>cento@centolaw.com |
| Katherine Marie Saldanha Olson, Esq.<br>kolson@messerstricker.com | |

I further certify that on the **1st day of October, 2019**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

/s/ *Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*