UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

HEATHER KIRBY,

    Plaintiff,

-vs-                                    Case No. 1:19-CV-10467-TLL-PTM
                                          Hon. Thomas L. Ludington
                                          Magistrate Judge: Patricia T. Morris

TRANS UNION, LLC, *et al*.,

    Defendants.

## HEATHER KIRBY'S WITNESS LIST

Pursuant to this Court's Scheduling Order (Dkt. 37), Plaintiff Heather Kirby ("Mrs. Kirby") provides the following lay witness list.

1. Heather Kirby (Plaintiff)

2. Matthew Kirby (Damage Witness)

3. Armina Redburn (Damage Witness)

4. Tera Shankel (Damage Witness)

5. Melissa Macdonald (Damage Witness)

6. Representative and/or Keeper of Records of Cadillac Accounts Receivable Management, Inc.

7. John Dracht, Cadillac Accounts Receivable Management, Inc.

8. Representative and/or Keeper of Records of CBM Services, Inc.

9. Tom Matonican, CBM Services, Inc.

10. Theresa Degroat, CBM Services, Inc

11. Kelly Michels, CBM Services, Inc.

12. Connie Schaeffer, CBM Services, Inc.

13. Representative and/or Keeper of Records of Ontario Systems, LLC

14. Representative and/or Keeper of Records of Credit Bureau of Mt. Pleasant, Inc.

15. James ("Jim") Fields, Credit Bureau of Mt. Pleasant, Inc.

16. Abigail Polzin, Credit Bureau of Mt. Pleasant, Inc.

17. Dan Hornung, Roydan Enterprises, Ltd.

18. Representative and/or Keeper of Records or The Law Offices of Mitchell D. Bluhm & Associates, LLC

19. Chelsea LeBlanc, The Law Offices of Mitchell D. Bluhm & Associates, LLC

20. Representative and/or Keeper of Records of Capio Partners, LLC

21. Sheila Debbert, Capio Partners, LLC

22. Leta Williams, Capio Partners, LLC

23. Representative and/or Keeper of Records of CF Medical, LLC

24. Representative and/or Keeper of Records of Michigan Emergency Physicians, LLP

25. Representative and/or Keeper of Records of Trans Union, LLC

26. Don Wagner, Trans Union, LLC

27. Dave (unknown), Trans Union, LLC

28. Radha Kamble, Trans Union, LLC

29. Renuka Suthanthirak, Trans Union, LLC

30. Kimberly Troxel, Trans Union, LLC

31. Mayur Bhoite, Trans Union, LLC

32. Manish Gaikwad, Trans Union, LLC

33. Judeal Wimbush, Trans Union, LLC

34. Lynne Prindes, Trans Union, LLC

35. Lisa Olmstead, Trans Union, LLC

36. Corinne Wodzinski, Trans Union, LLC

37. Aaron Wright, Trans Union, LLC

38. Wesley Ridgeway, Trans Union, LLC

39. Chief Compliance Officer charged with compliance with 15 USC §§ 1681e(b) and 1681i, Trans Union, LLC

40. Representative and/or Keeper of Records of SYNCB

41. Representative and/or Keeper of Records of Academy Mortgage

42. Representative and/or Keeper of Credit Plus

43. Representative and/or Keeper of Records of Astra Business Services

44. Representative and/or Keeper of Records of Transworld Systems

45. Representative and/or Keeper of Records of CapitalOne

46. Representative and/or Keeper of Records of Hurley Medical Center

47. Representative and/or Keeper of Records of LexisNexis Risk Solutions FL, Inc.

48. Representative and/or Keeper of Records of LexisNexis Risk Solutions, Inc.

49. Any witness identified on any other witness list filed in this action

50. Any other witness identified through discovery

51. Rebuttal witness as necessary.

Respectfully Submitted,


By: s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
Ian B. Lyngklip P47173
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@ConsumerLawyers.com

Dated: October 1, 2019

G. John Cento
Cento Law, LLC
1624 Market Street, Ste. 202
Denver, CO 80202
(317) 908-0678
cento@centolaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on October 1, 2019, I will electronically file the document above with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following persons:

| Party | Manner |
|---|---|
| Katherine E. Carlton Robinson<br>Schuckit & Associates, P.C.<br>4545 Northwestern Dr.<br>Zionsville, IN 46077 | Via CM/ECF System |
| Brian Nettleingham<br>Maddin Hauser Roth & Heller, P.C.<br>28400 Northwestern Hwy., 3rd Floor<br>Southfield, MI 48034 | Via CM/ECF System |
| Gregory R. Neidle<br>Daniel Ammon<br>Dobbs & Neidle, P.C.<br>30150 Telegraph Rd. Suite 410<br>Bingham Farms, MI 48025 | Via CM/ECF System |
| Louis Leonard Galvis<br>Sessions Fishman Nathan<br>& Israel, LLC<br>645 Stonington Lane<br>Fort Collins, CO 80525 | Via CM/ECF System |

Jeffrey C. Turner                                     Via CM/ECF System
David Shaver
Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee Street, Ste. C
Dayton, OH 45458

                                        Respectfully Submitted,


                                        By: s/ Sylvia S. Bolos
                                        Sylvia S. Bolos P78715
                                        Ian B. Lyngklip P47173
                                        LYNGKLIP & ASSOCIATES,
                                        CONSUMER LAW CENTER, PLC
                                        24500 Northwestern Highway, Ste. 206
                                        Southfield, MI 48075
                                        (248) 208-8864
Dated: October 1, 2019                SylviaB@ConsumerLawyers.com

                                        G. John Cento
                                        Cento Law, LLC
                                        1624 Market Street, Ste. 202
                                        Denver, CO 80202
                                        (317) 908-0678
                                        cento@centolaw.com

                                        *Attorneys for Plaintiff*